598

478 A.2d 77

Commonwealth v. Powell, Appellant.

Submitted November 28, 1983. Richard A. Masson, for appellant; James A. Meyer, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

478 A.2d 78

Commonwealth v. Prince, Appellant.

Submitted February 3, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Richard A. Sheetz, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment affirmed.